Case 1:23-cr-00213-DMT *SEALED*   Document 9   Filed 11/16/23   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
|---|---|
| v. | ) |
| TRAVIS JOSEPH HATZENBULER | ) Case No. 1:23-cr-213-07 |
| | ) |
| | ) |
| | ) |
| Defendant | |

REC'D USMS-D/ND
2023 NOV 16 14:51

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Travis Joseph HATZENBULER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:   11/16/2023

/s/ Janelle Brunner
*Issuing officer's signature*

City and state:   Bismarck, ND

Janelle Brunner, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11-16-23, and the person was arrested on *(date)* 11-16-23
at *(city and state)* Bismarck, ND
Dickinson, ND

Date: 11-17-23

*Arresting officer's signature*

Tyler Welk   FBI TFO
*Printed name and title*